Case 1:00-cv-02804-RBW Document 50 Filed 01/ /2006 Page 1 of 1

FILED
MAY 11 2006
U.S. COURT OF FEDERAL CLAIMS

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

06-384 C

KATHLEEN M. SCHRADER,

Plaintiff,

v.

KENNETH Y. TOMLINSON,
Chairman, Broadcasting Board
of Governors,

Defendant.

Civil Action No. 00-2804 (RBW)

**ORDER**

Pursuant to the plaintiff's request, it is hereby this 23rd day of January, 2006,

**ORDERED** that this case shall be transferred to the United States Court of Federal Claims.

**SO ORDERED**.

REGGIE B. WALTON
United States District Judge

ECF
DOCUMENT

I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Columbia.
Date Filed: 1/23/06
NANCY MAYER WHITTINGTON, CLERK
By: Joseph G. Burgan



50