CLOSED, JURY, TYPE-H

FILED
MAY 11 2006
U.S. COURT OF FEDERAL CLAIMS

**U.S. District Court**
**District of Columbia (Washington, DC)**
**CIVIL DOCKET FOR CASE #: 1:00-cv-02804-RBW**
**Internal Use Only**

06-384 C

SCHRADER v. NATHANSON
Assigned to: Judge Reggie B. Walton
Demand: $0
Cause: 42:2000 Job Discrimination (Sex)

Date Filed: 11/21/2000
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**KATHLEEN M. SCHRADER** represented by **Sol Z. Rosen**
2501 Calvert Street, NW
Number 212
Washington, DC 20008
(202) 296-8485
Fax: (202) 296-9378
Email: srosen245@cs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**MARC B. NATHANSON**
*Chairman, Broadcasting Board of Governors*
represented by **Lisa Barsoomian**
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530
(202) 305-4851
Fax: (202) 514-8780
Email: Lisa.Barsoomian@usdoj.gov

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By [signature]
Deputy Clerk

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark E. Nagle**
TROUTMAN SANDERS, LLP
401 Ninth Street, NW
Washington, DC 20004-2134
(202) 274-2972
Fax: (202) 312-9431
Email:
mark.nagle@troutmansanders.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael C. Johnson**
U.S. ATTORNEY'S OFFICE
Judiciary Center Building
555 Fourth Street, NW
Room 10-828
Washington, DC 20530
(202) 514-7220
Fax: 202-305-0955
Email:
michael.c.johnson@usdoj.gov
*TERMINATED: 03/11/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Diane M. Sullivan**
UNITED STATES
ATTORNEY'S OFFICE
555 4th Street, NW
Civil Division
Washington, DC 20530
(202) 514-7205
Fax: (202) 514-8780
Email: diane.sullivan@usdoj.gov

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/21/2000 | 1 | COMPLAINT filed by plaintiff KATHLEEN M. SCHRADER; jury demand (jeb) (Entered: 11/24/2000) |
| 11/21/2000 | | SUMMONS (3) issued to federal party(s) federal defendant MARC B. NATHANSON , and non-parties: U.S. Attorney and U.S. Attorney General. (tth) (Entered: 12/05/2000) |
| 01/22/2001 | 2 | MOTION filed by federal defendant MARC B. NATHANSON to extend time to February 21, 2001 to answer complaint [1-1] (jdm) (Entered: 01/23/2001) |
| 01/31/2001 | 3 | ORDER by Judge Royce C. Lamberth : granting motion to extend time to February 21, 2001 to answer complaint [1-1] [2-1] by MARC B. NATHANSON (N) (lin) (Entered: 01/31/2001) |
| 02/16/2001 | 4 | ANSWER TO COMPLAINT [1-1] by federal defendant MARC B. NATHANSON . (jdm) (Entered: 02/20/2001) |
| 03/01/2001 | 5 | ORDER directing parties to meet and confer within 15 days and file report 10 days thereafter by Judge Royce C. Lamberth : (N) (lin) (Entered: 03/02/2001) |
| 03/20/2001 | 6 | MEET AND CONFER STATEMENT/REPORT PURSUANT TO L.R. 16 filed by federal defendant MARC B. NATHANSON . (tb) (Entered: 03/21/2001) |
| 05/07/2001 | 7 | SCHEDULING ORDER by Judge Royce C. Lamberth discovery closes 8/27/01 ; dispositive motions due 9/26/01 ; response to dispositive motions due 10/26/01 ; reply to dispositive motions due 11/9/01 ; (N) (jf) (Entered: 05/08/2001) |

| | | |
|---|---|---|
| 07/25/2001 | 8 | MOTION (UNOPPOSED) filed by federal defendant MARC B. NATHANSON to extend time to 10/26/01 to conduct limited discovery (cas) (Entered: 07/30/2001) |
| 07/25/2001 | 9 | MOTION (UNOPPOSED) filed by federal defendant MARC B. NATHANSON to extend time to 11/21/01 of the cut-off date to file a dispositive motion in this case (cas) (Entered: 07/30/2001) |
| 08/13/2001 | 10 | ORDER by Judge Royce C. Lamberth: granting motion to extend time to 11/21/01 of the cut-off date to file a dispositive motion in this case [9-1] by MARC B. NATHANSON discovery closes 10/26/01; dispositive motions due by 11/21/01; response to dispositive motions due by 12/21/01; reply to dispositive motions due by 1/8/02;, granting motion to extend time to 10/26/01 to conduct limited discovery [8-1] by MARC B. NATHANSON; all other aspects of the Court's 5/7/01 Order shall remain in full force and effect. (N) (dam) (Entered: 08/14/2001) |
| 11/06/2001 | | CASE REASSIGNED from Judge Royce C. Lamberth to Judge Reggie B. Walton (tth) (Entered: 11/08/2001) |
| 11/14/2001 | 11 | MOTION filed by plaintiff KATHLEEN M. SCHRADER to extend time to complete discovery (jf) (Entered: 11/16/2001) |
| 11/16/2001 | 12 | MOTION filed by federal defendant MARC B. NATHANSON to extend time ten business days, until after this Court rules on plaintiff's motion for leave to take limited discovery, to file a motion for summary judgment (bm) (Entered: 11/19/2001) |
| 11/16/2001 | 13 | MOTION filed by federal defendant MARC B. NATHANSON for leave to file amended answer to complaint EXHIBIT (AMENDED ANSWER TO COMPLAINT) (bm) (Entered: 11/19/2001) |
| 11/26/2001 | 14 | RESPONSE by plaintiff KATHLEEN M. |

| | | |
|---|---|---|
| | | SCHRADER in opposition to motion for leave to file amended answer to complaint [13-1] by MARC B. NATHANSON . (cdw) (Entered: 11/27/2001) |
| 12/05/2001 | 16 | STATEMENT filed by federal defendant MARC B. NATHANSON, regarding: mail service at U.S. Attorney's Office. (nmr) (Entered: 12/06/2001) |
| 12/06/2001 | 15 | ORDER by Judge Reggie B. Walton: granting motion to extend time ten business days, until after this Court rules on plaintiff's motion for leave to take limited discovery, to file a motion for summary judgment [12-1] by MARC B. NATHANSON discovery closes 12/21/01 ; dispositive motions due by 2/6/02; response to dispositive motions due by 3/8/02; reply to dispositive motions due by 3/22/02; granting motion to extend time to complete discovery [11-1] by KATHLEEN M. SCHRADER; Discovery now closes 12/21/01 (N) (pob) (Entered: 12/06/2001) |
| 12/06/2001 | 17 | MOTION filed by federal defendant MARC B. NATHANSON to extend time to 12/13/01 to reply to plaintiff's opposition to defendant's motion for leave to file amended answer (nmr) (Entered: 12/07/2001) |
| 12/13/2001 | 18 | ORDER by Judge Reggie B. Walton: granting motion to extend time to 12/13/01 to reply to plaintiff's opposition to defendant's motion for leave to file amended answer [17-1] by MARC B. NATHANSON (N) (pob) (Entered: 12/14/2001) |
| 12/13/2001 | 19 | REPLY by federal defendant MARC B. NATHANSON to response in opposition to motion for leave to file amended answer to complaint [13-1] by MARC B. NATHANSON (nmr) (Entered: 12/14/2001) |
| 02/04/2002 | 20 | ORDER by Judge Reggie B. Walton: status hearing set for 9:15 3/8/02 (N) (pob) (Entered: 02/04/2002) |
| 02/06/2002 | 21 | MOTION filed by federal defendant MARC B. |

| | | |
|---|---|---|
| | | NATHANSON to dismiss complaint [1-1] , or, in the alternative, for summary judgment ; exhibits (A-K) (aet) (Entered: 02/12/2002) |
| 02/19/2002 | 22 | MOTION filed by plaintiff KATHLEEN M. SCHRADER to extend time to 3/25/02 to respond to defendant's motion for summary judgment. (jwd) (Entered: 02/26/2002) |
| 02/26/2002 | 23 | ORDER by Judge Reggie B. Walton : granting motion to extend time to 3/25/02 to respond to defendant's motion for summary judgment. [22-1] by KATHLEEN M. SCHRADER response to motion for summary judgment due 3/25/02 (N) (jwd) (Entered: 02/26/2002) |
| 03/01/2002 | 24 | JOINT MOTION by plaintiff KATHLEEN M. SCHRADER, federal defendant MARC B. NATHANSON to continue the date by which the parties are to file their joint statement to the court (nmr) (Entered: 03/05/2002) |
| 03/01/2002 | 25 | JOINT MOTION by plaintiff KATHLEEN M. SCHRADER, federal defendant MARC B. NATHANSON to continue the 3/8/02 status conference (nmr) (Entered: 03/05/2002) |
| 03/06/2002 | 26 | ORDER by Judge Reggie B. Walton: granting joint motion to continue the 3/8/02 status conference [25-1] by MARC B. NATHANSON, KATHLEEN M. SCHRADER; status hearing set for 9:45 4/3/02 (N) (pob) (Entered: 03/06/2002) |
| 03/06/2002 | 27 | ORDER by Judge Reggie B. Walton: granting joint motion to continue the date by which the parties are to file their joint statement to the court [24-1] by MARC B. NATHANSON, KATHLEEN M. SCHRADER; joint report shall be due 7 days prior to the date of the newly scheduled status hering. (N) (pob) (Entered: 03/06/2002) |

| | | |
|---|---|---|
| 03/25/2002 | 29 | RESPONSE by plaintiff KATHLEEN M. SCHRADER in opposition to motion for summary judgment [21-2] by MARC B. NATHANSON . exhibits (5) (aet) (Entered: 03/29/2002) |
| 03/27/2002 | 28 | MEMORANDUM by plaintiff KATHLEEN M. SCHRADER, federal defendant MARC B. NATHANSON; re: April 03, 2002 status conference (jf) (Entered: 03/29/2002) |
| 03/28/2002 | 30 | MOTION filed by federal defendant MARC B. NATHANSON to extend time to 4/15/02 to file reply to plaintiff's opposition to defendant's motion for summary judgment (aet) (Entered: 04/02/2002) |
| 04/03/2002 | 31 | ORDER by Judge Reggie B. Walton: granting motion to extend time to 4/15/02 to file reply to plaintiff's opposition to defendant's motion for summary judgment by MARC B. NATHANSON; reply to motion for summary judgment due by 4/15/02 (N) (pob) (Entered: 04/03/2002) |
| 04/03/2002 | | STATUS HEARING before Judge Reggie B. Walton: granted motion to extend time to 4/15/02 to file reply to plaintiff's opposition to defendant's motion for summary judgment [30-1] by MARC B. NATHANSON; reply to motion for summary judgment due by 4/15/02; granting defendants' motion for leave to file amended answer to complaint; status call set for 7/15/02 at 9:15. Reporter: Phyllis Merana (pob) Modified on 04/03/2002 (Entered: 04/03/2002) |
| 04/03/2002 | 32 | ORDER by Judge Reggie B. Walton: status hearing set for 9:15 7/15/02 (N) (pob) (Entered: 04/03/2002) |
| 04/03/2002 | 35 | AMENDED ANSWER [1-1] filed by federal defendant MARC B. NATHANSON (aet) (Entered: 04/22/2002) |
| 04/15/2002 | 34 | MOTION (SECOND UNOPPOSED) filed by federal defendant MARC B. NATHANSON to extend time to |

| | | |
|---|---|---|
| | | 4/18/02 to file reply to plaintiff's opposition to defendant's motion for summary judgment (aet) (Entered: 04/22/2002) |
| 04/17/2002 | 33 | ORDER by Judge Reggie B. Walton: granting defendant's motion for extension of time to 4/18/02 to file defendant's reply to plaintiff's opposition to defendant's motion for summary judgment (N) (kmk) (Entered: 04/19/2002) |
| 04/18/2002 | 36 | REPLY by federal defendant MARC B. NATHANSON to response in opposition to motion to dismiss complaint [1-1] [21-1] by MARC B. NATHANSON, motion for summary judgment [21-2] by MARC B. NATHANSON (aet) (Entered: 04/22/2002) |
| 04/18/2002 | 37 | RESPONSE by federal defendant MARC B. NATHANSON to counter statement of facts in dispute filed with opposition to response [29-1] by KATHLEEN M. SCHRADER (aet) (Entered: 04/22/2002) |
| 04/19/2002 | 38 | ATTORNEY APPEARANCE for federal defendant MARC B. NATHANSON by Michael C. Johnson (aet) (Entered: 04/23/2002) |
| 05/01/2002 | | ADMINISTRATIVELY CLOSED motion for leave to file amended answer to complaint [13-1] by MARC B. NATHANSON (pob) (Entered: 05/01/2002) |
| 07/16/2002 | 39 | CITATION TO SUPPLEMENTAL AUTHORITY by federal defendant MARC B. NATHANSON in support of defendant's motion to dismiss, or, in the alternative, for summary judgment (aet) (Entered: 07/30/2002) |
| 03/11/2003 | 40 | SUBSTITUTION OF COUNSEL for federal defendant MARC B. NATHANSON , substituting Lisa Barsoomian for attorney Michael C. Johnson for MARC B. NATHANSON (nmr) (Entered: |

| | | |
|---|---|---|
| | | 03/12/2003) |
| 03/12/2003 | 41 | SUBSTITUTION OF COUNSEL for federal defendant MARC B. NATHANSON , substituting Lisa Barsoomian for Michael C. Johnson (bm) (Entered: 04/03/2003) |
| 03/31/2003 | | ADMINISTRATIVELY CLOSED motion to extend time to 4/18/02 to file reply to plaintiff's opposition to defendant's motion for summary judgment [34-1] by MARC B. NATHANSON (pob) (Entered: 04/01/2003) |
| 03/30/2004 | 42 | ORDER granting [21] Motion to Dismiss, granting [21] Motion for Summary Judgment. Signed by Judge Reggie B. Walton on March 30, 2004. (lcrbw3, ) (Entered: 03/30/2004) |
| 03/30/2004 | 43 | MEMORANDUM OPINION regarding defendant's motion to dismiss, motion for summary judgment.Signed by Judge Reggie B. Walton on March 30, 2004. (lcrbw3, ) (Entered: 03/30/2004) |
| 04/06/2004 | 44 | ENTERED IN ERROR. . . .NOTICE by KATHLEEN M. SCHRADER *of acceptance of transfer of case* (Rosen, Sol) Modified on 4/7/2004 (td, ). (Entered: 04/06/2004) |
| 04/06/2004 | 45 | MOTION to Vacate *judgment* by KATHLEEN M. SCHRADER. (Attachments: # 1)(Rosen, Sol) (Entered: 04/06/2004) |
| 04/07/2004 | | DOCUMENT NO. re 44 Notice has been Entered In Error and counsel will refile as a response to court's order. (td, ) (Entered: 04/07/2004) |
| 04/09/2004 | 46 | RESPONSE to 42 *order of the court 3/30/04* by KATHLEEN M. SCHRADER. (Rosen, Sol) (Entered: 04/09/2004) |
| 04/20/2004 | 47 | Memorandum in opposition to motion re 45 *Motion to Vacate Judgment* filed by MARC B. NATHANSON. |

| | | |
|---|---|---|
| | | (Attachments: # 1 # 2)(Barsoomian, Lisa) (Entered: 04/20/2004) |
| 02/09/2005 | 48 | ORDER denying 45 Motion to Vacate. Signed by Judge Reggie B. Walton on 2/9/05. (lcrbw1, ) (Entered: 02/09/2005) |
| 03/08/2005 | 49 | NOTICE of Appearance by Diane M. Sullivan on behalf of MARC B. NATHANSON (Sullivan, Diane) (Entered: 03/08/2005) |
| 06/13/2005 | | MINUTE ORDER granting [D.E. #43] plaintiff's request to transfer case to United States Court of Federal Claims. Signed by Judge Reggie B. Walton on 6/13/05. (lcrbw1, ) (Entered: 06/13/2005) |
| 01/23/2006 | 50 | ORDER TRANSFERRING CASE to the U.S. Court of Federal Claims. Signed by Judge Reggie B. Walton on 1/23/06. (jeb, ) (Entered: 01/23/2006) |