IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KATHLEEN M. SCHRADER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-384C |
| | ) | (Judge Christine O.C. Miller) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Allison Kidd-Miller as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone: (202) 305-3020
Fax: (202) 307-0972

Attention: Classification Unit
1100 L Street, NW, 8th Floor

Dated: June 15, 2006

s/Allison Kidd-Miller

ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division

CERTIFICATE OF FILING

I hereby certify that on this 15th day of June, 2006, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Allison Kidd-Miller
ALLISON KIDD-MILLER