# In the United States Court of Federal Claims

**NOTICE**

**KATHLEEN M. SCHRADER,**

**No. 06-384 C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., June 30, 2006**

To Attorney of Record, Assistant Attorney General and Judge C. Miller:

Please take notice that the following additional documents have been received from the United States District Court for the District of Columbia for inclusion into the record as transferred from District Court:

- Document No. 13 - filed 11/16/01 (Motion filed by federal defendant for leave to file an amended answer to complaint)

- Document 37 - filed 4/18/02 (Response by federal defendant to counter-statement of facts, etc.)

Brian Bishop
Brian Bishop, Clerk