IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KATHLEEN M. SCHRADER, Plaintiff, | ) | |
| v. | ) | No. 06-384C (Judge Christine O.C. Miller) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of 60 days through and until October 2, 2006, to file its response to plaintiff's complaint. Our response is presently due on August 1, 2006. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel does not oppose this request for an enlargement.

Although defendant twice sought to obtain a litigation report pursuant to 28 U.S.C. § 520, the affected agency had not been identified correctly. The mistake was corrected promptly after it came to the attention of defendant's counsel, and agency counsel was identified on July 19, 2006. As a result, agency counsel requires additional time to investigate the allegations contained within the complaint and prepare a litigation report. Upon receipt of the litigation report, defendant's counsel will require time to study the report and determine the most appropriate response to the complaint. Therefore, we

anticipate that an additional 60 days will be required to prepare our response.

For the foregoing reasons, defendant respectfully requests that the Court enter an order enlarging the time to respond to plaintiff's complaint through and until October 2, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/Bryant G. Snee for
Todd M. Hughes
TODD M. HUGHES
Assistant Director

S/Allison Kidd-Miller
ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 307-3050
Fax: (202) 307-0972

July 31, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 31st day of July, 2006, a copy of the foregoing “DEFENDANT’S MOTION FOR AN ENLARGEMENT OF TIME” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

/s Allison Kidd-Miller