IN THE UNITED STATES COURT OF FEDERAL CLAIMS

V. No. 06-00384C
Judge Christine O.C. Miller

Kathleen M. Schrader

V. No. 06-00384C
Judge Christine O.C. Miller

The United States of America

Unopposed Motion to Extend time to Respond to Motion to Dismiss

The plaintiff moves this Court for an order granting her until Monday, December 4th,2006 to file an opposition to the motion. There is no objection to the motion by the defendant.

Sol Z. Rosen Esq.
2501 Calvert Street NW #212
Washington, D.C. 20008
(202) 296-8485
Fax(202) 296-9375

The Certificate of Service

I certify that a copy of the above has been served on the office of the Department of Justice by ECF and First Class Mail. on October 24,2006

____________________
Sol Z. Rosen Esq.