IN THE UNITED STATES COURT OF FEDERAL CLAIMS

V. No. 06-00384C
Judge Christine O.C. Miller

Kathleen M. Schrader

V. No. 06-00384C
Judge Christine O.C. Miller

The United States of America

**ORDER**

Upon consideration of the unopposed motion to extend time to respond to the motion to dismiss ,the same is granted.

________________________
Judge, United States Court of Federal Claims

Copies to:

Sol Z. Rosen Esq.
2501 Calvert Street NW #212
Washington, D.C. 20008

Allison Kidd-Miller
Civil Division-Department of Justice
Commercial Litigation Branch
Washington, D.C. 20530

: