# In the United States Court of Federal Claims

**No. 06-384 C**

**KATHLEEN M. SCHRADER,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Memorandum Opinion and Order, filed January 22, 2007, granting Defendant's Motion to Dismiss,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the amended complaint is dismissed, without prejudice, for lack of subject matter jurisdiction. No costs.

Brian Bishop
Clerk of Court

**January 22, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.